## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **NUBIA HERRERA,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:24-CV-00215-LS** |
| | § | |
| **LENDVIA, LLC,** | § | |
| **Defendant** | § | |

### DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, Defendant Lendvia, LLC (hereinafter "Defendant"), by and through the undersigned counsel, and files this *Defendant's Original Answer and Affirmative Defenses*, and further complain of Plaintiff Nubia Herrera (hereinafter "Plaintiff"), and, in support there, would show the Court the following:

### I.     ORIGINAL ANSWER

The following paragraphs are directed to the numbered allegations in the *Plaintiff's Original Complaint* filed on or about June 20, 2024. Any allegation not expressly admitted herein is denied.

………………………………………

### Parties

1.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation in Paragraph 1 whether Plaintiff Nubia Herrera is a resident of this district or whether she was in present in Texas during the time when the alleged events took place. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. The remaining portion of this paragraph states a legal conclusion and does not contain any factual allegations. Defendant denies any remaining allegations in Paragraph 1 in all respects.

2.      Defendant admits the allegations of Paragraph 2 to the extent that Defendant Lendvia, LLC is a limited liability company organized and existing under the laws of California, and that it may be served through its registered agent in Texas. Defendant denies any remaining allegations in Paragraph 2 in all respects.

**Jurisdiction and Venue**

3.      Paragraph 3 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 3.

4.      Paragraph 4 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 4.

5.      Paragraph 5 states a legal conclusion regarding personal jurisdiction and minimum contacts and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 5.

     a.      Defendant admits that it conducts business in Texas and in and around El Paso, Texas regarding the services the company offers and markets. Defendant denies any remaining allegations in Paragraph 5a in all other respects.

     b.      Defendant denies Plaintiff's allegations in Paragraph 5b.

     c.      Defendant denies Plaintiff's allegations in Paragraph 5c.

6.      Paragraph 6 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 6.

**Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227**

7.      Paragraph 7 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 7.

8.      Paragraph 8 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 8.

9.      Paragraph 9 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 9.

10.     Paragraph 10 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 10.

11.     Paragraph 11 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 11.

12.     Paragraph 12 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 12.

13.     Paragraph 13 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 13.

14.     Paragraph 14 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 14.

15.     Paragraph 15 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 15.

16.     Paragraph 16 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 16.

17.     Paragraph 17 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 17.

18.     Paragraph 18 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 18.

19.     Paragraph 19 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 19.

20.     Paragraph 20 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 20.

21.     Paragraph 21 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 21.

22.     Paragraph 22 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 22.

23.     Paragraph 23 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 23.

24.     Paragraph 24 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 24.

25.     Paragraph 25 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 25.

26.     Paragraph 26 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 26.

27.     Paragraph 27 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 27.

28.     Defendant denies the allegations of Paragraph 28.

**Texas' Solicitation Registration and Robo-Calling Statutes**

29.     Paragraph 29 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 29.

30.     Paragraph 30 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 30.

31.     Paragraph 31 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 31.

32.     Paragraph 32 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 32.

**Factual Allegations**

33.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 33 whether Plaintiff's telephone number was registered on the National Do-Not-Call Registry. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 33 in all respects.

34.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 34 in all respects.

35.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 35 in all respects.

36.     Defendant denies the allegations of Paragraph 36.

37.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 37. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 37 in all respects.

38.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 38 in all respects.

39.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 39 in all respects.

40.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 40 in all respects.

41.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 41 in all respects.

42.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 42 in all respects.

43.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 43 in all respects.

44.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 44 in all respects.

45.     Defendant denies the allegations of Paragraph 45.

46.     Defendant denies the allegations of Paragraph 46.

47.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 47. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 47 in all respects.

48.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 48. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 48 in all respects.

49.     Defendant denies the allegations of Paragraph 49.

50.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 50. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 50 in all respects.

51.     Defendant denies the allegations of Paragraph 51.

52.     Paragraph 52 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 52.

53.     Defendant denies the allegations of Paragraph 53.

54.     Defendant denies the allegations of Paragraph 54.

55.     Defendant denies the allegations of Paragraph 55.

**Injury to Plaintiff**

56.    Paragraph 56 states a legal conclusion and does not contain any factual allegations. To the extent a response is required, Defendant denies the allegations of Paragraph 56.

57.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 57. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 57 in all respects.

58.    Defendant denies the allegations of Paragraph 58.

59.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 59. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 59 in all respects.

60.    Paragraph 60 is a statement of relief. Defendant denies that Plaintiff is entitled to the requested relief. In all other respects, Defendant denies the allegations of Paragraph 60.

61.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 61. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 61 in all respects.

**Count 1: Violation of 47 U.S.C. § 227(b)(1)(A)(iii)**

62.    Paragraph 62 adopts and re-alleges by reference each and every allegation set forth in the preceding paragraphs of Plaintiff's Original Complaint. Defendant restates and incorporates by reference all of its previous responses and denials to said allegations.

63.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63 that Defendant placed calls to Plaintiff's residential telephone

number. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies the allegation that placed called without consent. Defendant denies any remaining allegations in Paragraph 63 in all respects.

64.     Defendant denies the allegations of Paragraph 64.

65.     Paragraph 65 is a statement of relief. Defendant denies that Plaintiff is entitled to the requested relief. In all other respects, Defendant denies the allegations of Paragraph 65.

66.     Paragraph 66 is a statement of relief. Defendant denies that Plaintiff is entitled to the requested relief. In all other respects, Defendant denies the allegations of Paragraph 66.

**Count 2: Violation of 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(C)**

67.     Paragraph 67 adopts and re-alleges by reference each and every allegation set forth in the preceding paragraphs of Plaintiff's Original Complaint. Defendant restates and incorporates by reference all of its previous responses and denials to said allegations.

68.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 68. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 68 in all respects.

69.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 69. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 69 in all respects.

70.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 70. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 70 in all respects.

71.     Paragraph 71 is a statement of relief. Defendant denies that Plaintiff is entitled to the requested relief. In all other respects, Defendant denies the allegations of Paragraph 71.

72.     Paragraph 72 is a statement of relief. Defendant denies that Plaintiff is entitled to the requested relief. In all other respects, Defendant denies the allegations of Paragraph 72.

### Count 3: Violations of the Texas Business and Commerce Code § 302.101

73.     Paragraph 73 adopts and re-alleges by reference each and every allegation set forth in the preceding paragraphs of Plaintiff's Original Petition. Defendant restates and incorporates by reference all of its previous responses to said allegations.

74.     Defendant denies the allegations of Paragraph 74.

75.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 75. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 75 in all respects.

76.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 76. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 76 in all respects.

77.     Paragraph 77 is a statement of relief. Defendant denies that Plaintiff is entitled to the requested relief. In all other respects, Defendant denies the allegations of Paragraph 77.

### Count 4: Violations of the Texas Business and Commerce Code § 305.053

78.     Paragraph 78 adopts and re-alleges by reference each and every allegation set forth in the preceding paragraphs of Plaintiff's Original Petition. Defendant reinstates and incorporates by reference all of its previous responses to said allegations.

79.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 79. This statement is made pursuant to Federal Rule of Civil Procedure 8(b)(5) and has the effect of a denial. Defendant denies any remaining allegations in Paragraph 79 in all respects.

80.     Defendant denies the allegations of Paragraphs 80.

81.     Paragraph 81 is a statement of relief. Defendant denies that Plaintiff is entitled to the requested relief. In all other respects, Defendant denies the allegations of Paragraph 81.

82.     Paragraph 82 is a statement of relief. Defendant denies that Plaintiff is entitled to the requested relief. In all other respects, Defendant denies the allegations of Paragraph 82.

<b>Prayer for Relief</b>

83.     Paragraph 83(A)-(G) is a statement of relief. Defendants deny that Plaintiffs are entitled to the requested relief. In all other respects, Defendants deny the allegations of Paragraph 83.

## II.     AFFIRMATIVE DEFENSES

By way of further answer, if any is needed, Defendant hereby pleads the following affirmative defenses:

1.     Defendant affirmatively asserts that Plaintiff contractually waived her right to file suit in this court or other court of competent jurisdiction. This dispute should be referred to arbitration.

2.     Pleading in the alternative, Plaintiff fails to state a claim upon which relief can be granted.

3.     Pleading in the alternative, Plaintiff has suffered no compensable injury.

4.     Pleading in the alternative, Plaintiff's claims are barred in whole or in part by the proportionate responsibility provisions of Chapter 33 of the Texas Civil Practice and Remedies Code and applicable Texas law.

5.      Pleading in the alternative, Plaintiff's claims are barred in whole or in part because Plaintiff provided consent pursuant to TEX. BUS. & COM. CODE § 301.051 and the Telephone Consumer Protection Act 47 U.S.C. § 227.

6.      Pleading in the alternative, Plaintiff's claims are barred in whole or in part because Defendant is exempt from TEX. BUS. & COM. CODE § 300.001 et seq. pursuant to TEX. BUS. & COM. CODE §§ 302.053 and 302.060.

7.      Defendant reserves the right to amend or supplement its affirmative defenses as permitted by the Scheduling Order issued by the Court in this case.

## III.    ATTORNEY'S FEES

8.      It has become necessary for Defendant to hire an attorney, and accordingly, Defendant seeks its reasonable and necessary attorney's fees for defending this action as allowed by law. Defendant asks the Court to award their costs and reasonable and necessary attorney's fees as equitable and just.

## IV.    PRAYER

**WHEREFORE,** Defendant respectfully requests that the Plaintiff's Original Complaint be dismissed on the merits, that Plaintiff takes nothing by her lawsuit, that Defendant recover all costs of court and reasonable and necessary attorney's fees expended herein, and for such other and further relief to which Defendant may be justly entitled in law or equity.

Respectfully submitted,

**SILBERMAN LAW FIRM PLLC**

By: /s/ *Steve Costello*

Steven A. Costello
Texas Bar No. 24062677
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
Telephone: (512) 360-9526

Facsimile: (512) 318-2462
Email: scostello@silblawfirm.com

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct of copy of this instrument was served on all parties, represented through counsel or *pro se*, through ECF, email and/or Certified Mail, pursuant to the Federal Rules of Civil Procedure, on this 5th day of September 2024, as follows:

Nubia Herrera                                   ***By CM/ECF and email to nubia88.nh@gmail.com***
7519 N. Loop Drive
El Paso, Texas 79915
Telephone: (915) 888-0489
Email: nubia88.nh@gmail.com

*Plaintiff*

By: **/s/** *Steven Costello*
Steven A. Costello