IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **NUBIA HERRERA,** | § | |
|     Plaintiff | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO. 3:24-CV-00215-LS |
| | § | |
| **LENDVIA, LLC,** | § | |
|     Defendant | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Nubia Herrera (hereinafter "Plaintiff") and Defendant Lendvia, LLC (hereinafter the "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, if any, hereby stipulate to the dismissal the Plaintiff's claims in the above-captioned lawsuit **WITH PREJUDICE**. No counterclaims have been filed to date.

    The Parties no longer wish to pursue their respective claims and causes of action asserted or that could have been asserted in the above-styled matter. The Parties have reached and executed a full and final settlement of all claims in the above-styled matter.

    Plaintiff and Defendant, pro se or by and through the undersigned counsel, sign and file this stipulation with the Court to dismiss this lawsuit with prejudice.

    This stipulation should dispose of the lawsuit in its entirety.

    Respectfully submitted,

By: /s/ *Nubia Herrera* (by permission)

Nubia Herrera
7519 N. Loop Drive
El Paso, Texas 79915
Telephone: (915) 888-0489
Email: nubia88.nh@gmail.com

*Pro Se Defendant*

and

**THE SILBERMAN LAW FIRM, PLLC**

By: /s/ *Steven Costello*

Steven A. Costello
Texas Bar No. 24062677
950 Echo Lane, Suite 200
Houston, Texas 77024
Direct: (512) 360-9526
Office: (713) 255-4422
Facsimile: (713) 255-4426
Email: scostello@silblawfirm.com

*Attorneys for Defendant*
*Lendvia, LLC*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of this instrument was served on all parties, represented through counsel or *pro se*, pursuant to the Federal Rules of Procedure, on this 17th day of February 2025:

| | |
|---|---|
| Nubia Herrera<br>7519 N. Loop Drive<br>El Paso, Texas 79915<br>Telephone: (915) 888-0489<br>Email: nubia88.nh@gmail.com | **By CM/ECF and email to nubia88.nh@gmail.com** |

*Plaintiff*

By: /s/ *Steven Costello*

Steven A. Costello