# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **NUBIA HERRERA,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| **v.** § | No. 3:24-CV-00215-LS |
| § | |
| **LENDVIA LLC, a California Limited Liability Company,** § § | |
| § | |
| *Defendant*. § | |

## FINAL JUDGMENT

Consistent with its Order Dismissing Case entered today and Fed. R. Civ. P. 58, the Court enters this Final Judgment and dismisses this case with prejudice. All pending motions in this case are denied as moot. The Clerk shall close this case.

**SO ORDERED.**

**SIGNED** and **ENTERED** on February 18, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**